## Case Information

DC-17-02362 | BONELL ART HOLDINGS LLC vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

Case Number
DC-17-02362

Court
160th District Court

File Date
02/28/2017

Case Type
INSURANCE

Case Status
OPEN

## Party

PLAINTIFF
BONELL ART HOLDINGS LLC

Address
5312-5320 Brentwood Stair Road
Fort Worth TX 76112

Active Attorneys ▼
Lead Attorney
MCGINNIS, PATRICK
CONNELL
Retained

Work Phone
713-626-8880

Fax Phone
713-626-8881

DEFENDANT
MOUNT VERNON FIRE INSURANCE COMPANY

Address
BY SERVING TEXAS COMMISSIONER OF INSURANCE
P O BOX 149104
AUSTIN TX 78714-9104

**EXHIBIT**

2

DEFENDANT
UNITED SATES LIABILITY INSURANCE COMPANY

Address
BY SERVING ITS REGISTERED AGENT LISA MANN
BINGHAM MANN & HOUSE
4500 YOAKUM BLVE
HOUSTON TX 77006

## Events and Hearings

02/28/2017 NEW CASE FILED (OCA) - CIVIL

02/28/2017 ORIGINAL PETITION ▼

Original Petition

02/28/2017 CASE FILING COVER SHEET ▼

Case Filing Cover Sheet

02/28/2017 ISSUE CITATION

02/28/2017 ISSUE CITATION COMM OF INS OR SOS

02/28/2017 JURY DEMAND ▼

FP FILE DESK JURY DEMAND FORM

03/02/2017 CITATION ISSUED ▼

DC-17-02362-1.pdf

DC-17-02362SOS.pdf

03/02/2017 CITATION ▼

Anticipated Server

eserve

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
03/30/2017

03/02/2017 CITATION SOS/COI/COH/HAG ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
03/30/2017

03/24/2017 RETURN OF SERVICE ▼

Mount Vernon Fire IC DC-17-02362 company address.pdf

   Comment
   CERT OF SERVICE COI

03/30/2017 RETURN OF SERVICE ▼

Mount Vernon Fire Insuranc

   Comment
   SOS CITATION - MOUNT VERNON FIRE INS CO EXEC 3/22/17

03/30/2017 RETURN OF SERVICE ▼

CIT UNITED STATES LIABILITY

   Comment
   CITATION UNITED STATES LIABILITY

04/10/2017 REQUEST FOR SERVICE ▼

T1616743.PDF

04/10/2017 ISSUE CITATION

04/11/2017 CITATION ISSUED ▼

DC-17-02362COI final.pdf

04/11/2017 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method

## Financial

BONELL ART HOLDINGS LLC

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $355.00 |
| | Total Payments and Credits | | | $355.00 |
| 2/28/2017 | Transaction Assessment | | | $347.00 |
| 2/28/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 12773-2017-DCLK | BONELL ART HOLDINGS LLC | ($347.00) |
| 4/10/2017 | Transaction Assessment | | | $8.00 |
| 4/10/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 22629-2017-DCLK | BONELL ART HOLDINGS LLC | ($8.00) |

## Documents

Original Petition

Case Filing Cover Sheet

FP FILE DESK JURY DEMAND FORM

DC-17-02362-1.pdf

DC-17-02362SOS.pdf

Mount Vernon Fire IC DC-17-02362 company address.pdf

Mount Vernon Fire Insuranc

CIT UNITED STATES LIABILITY

T1616743.PDF

DC-17-02362COI final.pdf

FILED
DALLAS COUNTY
2/28/2017 9:16:14 AM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-17-02362             Tonya Pointer

| | | |
|---|---|---|
| BONELL ART HOLDINGS, LLC | )( | IN THE DISTRICT COURT OF |
| | )( | |
| vs. | )( | DALLAS COUNTY, TEXAS |
| | )( | |
| MOUNT VERNON FIRE INSURANCE | )( | |
| COMPANY and UNITED STATES | )( | |
| LIABILITY INSURANCE COMPANY | )( | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND
### REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, BONELL ART HOLDINGS, LLC (hereinafter sometimes referred to as "Plaintiff"), who files this original petition against defendants, MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE COMPANY (hereinafter sometimes referred to as "Defendants"), and for cause of action would show the following:

### A. DISCOVERY CONTROL PLAN

1.      Plaintiff intends for discovery to be conducted under Level 3 of Rule 190.4 of the Texas Rules of Civil Procedure.

2.      Plaintiff seeks only monetary relief in excess of $100,000.

### B. PARTIES

3.      BONELL ART HOLDINGS, LLC, Plaintiff, is a Texas Limited Liability Company with its principal place of business in Dallas County, Texas.

4.      MOUNT VERNON FIRE INSURANCE COMPANY is a foreign surplus lines insurance company licensed to do business in the State of Texas, with its principal place of business in Pennsylvania. Service may be had on MOUNT VERNON FIRE INSURANCE

1



COMPANY by serving Texas Commissioner of Insurance, Texas Department of Insurance, P.O. Box 149104, Austin, TX 78714-9104.

5.     UNITED STATES LIABILITY INSURANCE COMPANY is a foreign insurance company licensed to do business in the State of Texas, with its principal place of business in Pennsylvania.   Service may be had on UNITED STATES LIABILITY INSURANCE COMPANY by serving its registered agent for service of process:  Lisa Mann, Bingham Mann & House, 4500 Yoakum Blvd., Houston, TX 77006.

## C. JURISDICTION

6.     This court has jurisdiction over the cause of action because the amount in controversy is within the jurisdictional limits of the court.

7.     The court has jurisdiction over the Defendants, MOUNT VERNON FIRE INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE COMPANY because Defendants are licensed to do insurance business in the state of Texas; engage in the business of insurance in Texas; and the cause of action arises out of its business activities in Texas.  The court has jurisdiction over the Defendant, ADAM BRENNER because he is a person residing in the State of Texas.

## D. VENUE

8.     Venue is proper in Dallas County, Texas because:

    a.     Plaintiff's principal place of business in Dallas County, Texas;

    b.     Plaintiff makes claims of unfair claims handling practices and the claim made the basis of the suit was adjusted by Defendants, who conducted claims-handling activities with Plaintiff at Plaintiff's place of business in Dallas County, Texas;

    c.     This case involves a breach of contract and deceptive trade practices where the breach and deceptive acts occurred in part, in Dallas County, Texas;

2

## E. FACTS

9.      Plaintiff is the owner of a Texas commercial insurance policy issued by Defendant with Policy No. CP 2599055 (hereinafter sometimes referred to as "Policy") for the policy period including March 17, 2016.  Plaintiff owns the insured property located at 5312-5320 Brentwood Stair Road, Fort Worth, TX 76112, (hereinafter sometimes referred to as "Insured Property").

10.     Defendant sold the Policy insuring the Insured Property for damages resulting from a covered cause of loss made the basis of this suit, including, without limitation, physical damage to the Insured Property, damage to personal property, damage to other structures, code upgrades, temporary repairs, and debris removal, all of which are more particularly described in the Policy.  Plaintiff paid all premiums when due and was issued the Policy, which was in full force and effect at the time that the damages were sustained as a result of a covered cause of loss, which occurred on March 17, 2016 or July 1, 2016, (hereinafter sometimes referred to as "Covered Event").

11.     As a result of the Covered Event, which occurred on March 17, 2016 or July 1, 2016, Plaintiff suffered losses covered under the Policy.  The Insured Property sustained severe damages, which required temporary and permanent repairs.  Plaintiff continues to suffer damages which are covered under the Policy.

12.     On March 17, 2016 or July 1, 2016, the Insured Property was damaged by wind and hail, which are covered events and covered causes of loss under the Policy.

13.     Plaintiff promptly put Defendant on notice of the claim.

3

14.     Defendants hired insurance-friendly "experts" and paid for reports for the sole purpose of putting up a reason to deny the claim.  These tactics were done in bad faith and to the direct detriment of Defendants' insured.

15.     To this day, Plaintiff has been paid $0.00 to Plaintiff.  The true cost of the damages to Plaintiff are $330,194.43.

16.     Since Defendant has completely denied the claim, it is obvious that Defendant had all the information in its possession that it reasonably required to accept or reject the claim,

## F.  CAUSES OF ACTION
### COUNT I
### BREACH OF CONTRACT BY DEFENDANT

17.     Paragraphs 1 through 16 are incorporated by reference.

18.     The conduct of Defendant, as described above, constitutes a breach of the insurance contract made between Defendant and Plaintiff.

19.     Defendant's failure and refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy and under the laws of the State of Texas, constitutes material breaches of the insurance contract with Plaintiff. Defendant's breach of the contract proximately caused Plaintiff to suffer damages in the form of actual damages, consequential damages, along with reasonable and necessary attorney's fees. Plaintiff has complied with all obligations and conditions required of it under the insurance contract.

### COUNT II
### VIOLATIONS OF THE TEXAS INSURANCE CODE BY DEFENDANT

20.     Paragraphs 1 through 19 are incorporated by reference.

4

21.     The conduct of Defendant, as described herein, constitutes multiple violations of the *Texas Unfair Compensation and Unfair Practices Act*. TEX. INS. CODE Chapter 541. All violations under this article are made actionable by TEX. INS. CODE Section 541.151.

22.     Defendant's unfair practice, described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE Sections 541.051, 541.060 and 541.061.

23.     Defendant's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair and equitable settlement of the claims even though its liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE Sections 541.051, 541.060 and 541.061.

24.     Defendant's unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for its offer of a compromise settlement of the claims, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE Sections 541.051, 541.060 and 541.061.

25.     Defendant's unfair settlement practice of hiring insurance-friendly "experts" for the sole purpose of denying a legitimate claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE Sections 541.001, *et seq.*, including, without limitation 541.051, 541.060 and 541.061.

26.     Defendant's unfair settlement practice, described above, refusing to pay Plaintiff's claims while failing to conduct a reasonable investigation, constitutes an unfair

method of competition, and unfair and deceptive act or practice in the business of insurance. TEX. INS. CODE Sections 541.001, *et seq.*, including, without limitation, 541.051, 541.060 and 541.061.

## COUNT III
## THE FAILURE OF DEFENDANT TO COMPLY WITH
## TEXAS INSURANCE CODE CHAPTER 542: THE
## PROMPT PAYMENT OF CLAIMS ACT

27.     Paragraphs 1 through 26 are incorporated by reference.

28.     Defendant's conduct constitutes multiple violations of the *Texas Prompt Payment of Claims Act*, TEX. INS. CODE Chapter 542. All violations made under this article are made actionable by TEX. INS. CODE Section 542.060.

29.     Defendant's failure, described above, to commence investigation of the claims and request from Plaintiff all items, statements and forms that it reasonably believed would be required within the applicable time constraints, constitutes a non-payment of the claims. TEX. INS. CODE Section 542.055-542.060.

30.     Defendant's refusal to pay Plaintiff's entire claim or delay of payment of Plaintiff's claim, described above, following its receipt of all items, statements and forms reasonably requested and required longer than the amount of time prescribed for, constitutes a non-prompt payment of the claims. TEX. INS. CODE Sections 542.055-542.060.

## COUNT IV
## BREACH OF DUTY OF GOOD FAITH AND FAIR DEALINGS
## BY DEFENDANT

31.     Paragraphs 1 through 30 are incorporated by reference.

32.     Defendant, as an insurer, is subject to the laws of the State of Texas and owed to Plaintiff the duty to deal with it fairly and in good faith.

6

33.     Defendant refused to pay a substantial portion of the property damage claim despite the fact that its liability was clear.

34.     No reasonable insurer would have failed to fully pay this claim with the information available to Defendant at the time that it decided not to pay the full value of this claim. The conduct of Defendant constitutes a breach of the common law duty of good faith and fair dealing owed to insureds under insurance contracts. As described above, Defendant failed to adequately and reasonably investigate and evaluate Plaintiff's claim, while Defendant knew or should have known by the exercise of reasonable diligence that its liability is reasonably clear, all of which constitutes a breach of the duty of good faith and fair dealing.

35.     The refusal to fully adjust and pay this claim in violation of the duties of good faith and fair dealing, proximately caused Plaintiff to suffer independent damages including economic damage and emotional distress caused by the denial. Defendant is liable to Plaintiff for extra contractual damages for Plaintiff's separate injury and independent damages in a sum in excess of the minimum jurisdictional limits of the court.

## G. KNOWLEDGE AND INTENT

36.     Paragraphs 1 through 35 are incorporated by reference.

37.     Each of the acts described above, together and singularly, was done "knowingly" and "intentionally" with conscious indifference to the harm which would result to Plaintiff and was a producing cause of Plaintiff's damages described herein.

## H. VIOLATION OF TEXAS DECEPTIVE TRADE PRACTICES ACT

38.     Paragraphs 1 through 37 are incorporated by reference.

39.     Plaintiff purchased the Policy in question from the Defendant and is a "consumer" as that term is defined under the Texas Deceptive Trade Practices Act. Plaintiff has been

7

damaged by Defendant's conduct, described above, which constitutes a deceptive or unfair insurance practice as that term is defined under the Texas Insurance Code.

40.     Each of the acts described above, together and singularly, constitute a violation of the Texas Deceptive Trade Practices Act pursuant to its tie-in provision for Insurance Code Violations.  Accordingly, Plaintiff also brings each and every cause of action alleged above under the Texas Deceptive Trade Practices Act pursuant to its tie-in provision.

41.     Defendant has violated the Texas Deceptive Trade Practices Act in the following non-exclusive manners:

        a.    Defendant misrepresented to the claimant-insured a material fact or policy provision relating to coverage at issue;

        b.    Defendant failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of the claim with respect to which the insurer's liability has become reasonably clear;

        c.    Defendant refused to pay the claim without a reasonable investigation on its part with respect to the claim.

42.     As a result of Defendant's violations of DTPA, Plaintiff suffered actual damages. Because Defendant committed the acts knowingly and intentionally, with conscious indifference to the harm caused to the insured, Plaintiff is entitled to three times its damages for economic relief.

## I. REQUEST FOR DISCLOSURE

43.     Paragraphs 1 through 42 are incorporated by reference.

44.     Pursuant to TRCP Rule 194, PLAINTIFF requests that defendants disclose the materials described in TRCP Rule 194.2.

## J. DAMAGES AND PRAYER

45.     Paragraphs 1 through 44 are incorporated by reference.

46.     The conduct of Defendant, as described herein, was a producing cause of Plaintiff's economic damages.  As a result, Plaintiff suffered economic damage and expenses for which Defendant is liable.

47.     As a direct result of Defendant's knowing misconduct, Plaintiff suffered additional damages.  Accordingly, Defendant is liable to Plaintiff for economic damages and additional damages of up to three times economic as permitted by the Texas Insurance Code and the Texas Deceptive Trade Practices Consumer Protection Act.

48.     WHEREFORE, PREMISES CONSIDERED, Plaintiff herein prays that Defendant be cited to appear and answer, and that on a final trial on the merits, Plaintiff recover from Defendant damages for all causes of action described above, extra contractual damages as allowed by law and the causes of action described above, attorney fees, costs of court, and all interest allowed by statute and common law and for such other further relief to which Plaintiff may be entitled, both in equity and at law.

Respectfully submitted

**MERLIN LAW GROUP**
515 Post Oak Blvd. Suite 750
Houston, Texas 77027
Telephone:  (713) 626-8880
Facsimile:  (713) 626-8881


By:     _/s/ Patrick Connell McGinnis_____
        Patrick Connell McGinnis
        State Bar No. 13631900
        pmcginnis@merlinlawgroup.com


ATTORNEYS FOR PLAINTIFF

9

## JURY DEMAND

Plaintiff respectfully demands a trial by jury.

*/s/ Patrick Connell McGinnis*
Patrick Connell McGinnis

10

FILED
DALLAS COUNTY
2/28/2017 9:16:14 AM
FELICIA PITRE
DISTRICT CLERK

**CIVIL CASE INFORMATION SHEET** *(Rev. 2/13)*

| | |
|---|---|
| CAUSE NUMBER *(FOR CLERK USE ONLY):* DC-17-02362 | COURT *(FOR CLERK USE ONLY):* |

STYLED Bonell Art Holdings, LLC vs. Mount Vernon Fire Insurance Company and United States Liability Insurance Company

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Patrick C. McGinnis | Email:<br>pmcginnis@merlinlawgroup.com | Plaintiff(s)/Petitioner(s):<br>Bonell Art Holdings, LLC | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>515 Post Oak Blvd, Ste 750 | Telephone:<br>(713) 626-8880 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Houston, TX 77027 | Fax:<br>(713) 626-8881 | Defendant(s)/Respondent(s):<br>Mount Vernon Fire Insurance Company and United States Liability Insurance Company | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>_____ | State Bar No:<br>13631900 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | | Family Law |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☒ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>  Liability:<br>_____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product:<br>_____<br>☐ Other Injury or Damage:<br>_____ | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| | | **Related to Criminal Matters** | **Other Family Law** | **Title IV-D** |
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: _____ | ☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: _____ | ☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| | | | | **Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child:<br>_____ |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

**EXHIBIT**
2B



FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-17-02362

BONELL ART HOLDINGS LLC

vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

160th District Court

## ENTER DEMAND FOR JURY

JURY FEE PAID BY: PLAINTIFF

FEE PAID: $40

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html

EXHIBIT
2C

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:    **UNITED SATES LIABILITY INSURANCE COMPANY**
        **BY SERVING ITS REGISTERED AGENT LISA MANN**
        **BINGHAM MANN & HOUSE**
        **4500 YOAKUM BLVD**
        **HOUSTON TX  77006**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **BONELL ART HOLDINGS LLC**

Filed in said Court  **28th day of February, 2017** against

**MOUNT VERNON FIRE INSURANCE COMPANY AND UNITED SATES LIABILITY INSURANCE COMPANY**

For Suit, said suit being numbered **DC-17-02362,** the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 2nd day of March, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas

By _____ /s/ Gay Lane _____, Deputy
        GAY LANE

---

**ESERVE**

**CITATION**

**DC-17-02362**

**BONELL ART HOLDINGS LLC**
vs.
**MOUNT VERNON FIRE INSURANCE COMPANY et al**

ISSUED THIS
**2nd day of March, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
PATRICK CONNELL MCGINNIS
MERLIN LAW GROUP
515 POST OAK BLVD
SUITE 750
HOUSTON TX  77027
713-626-8880

**DALLAS COUNTY**
**SERVICE FEE**
**NOT PAID**



**EXHIBIT**
2 D

# OFFICER'S RETURN

Case No. : DC-17-02362

Court No.160th District Court

Style: BONELL ART HOLDINGS LLC

  vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

|  |  |  |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

**FORM NO. 353-4—CITATION**

~~**THE STATE OF TEXAS**~~

**CITATION**

**To:** **MOUNT VERNON FIRE INSURANCE COMPANY**
**BY SERVING THE COMMISSIONER OF INSURANCE**
**333GUADALUPE**
**AUSTIN  TEXAS 78701**

| No.: DC-17-02362 |
| --- |

BONELL ART HOLDINGS LLC
vs.
MOUNT VERNON FIRE INSURANCE
COMPANY et al

GREETINGS:

You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with   the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.

  Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

ISSUED
**ON THIS THE 2ND DAY OF MARCH, 2017**

Said **PLAINTIFF** being **BONELL ART HOLDINGS LLC**

Filed in said Court 28th day of February, 2017 against

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

**MOUNT VERNON FIRE INSURANCE COMPANY**

  For suit, said suit being numbered  **DC-17-02362**  the nature of which demand is as follows:
  Suit On  **INSURANCE** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

By **GAY LANE**, Deputy

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
  Given under my hand and the Seal of said Court at office **on this the 2nd day of March, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

Attorney for : Plaintiff
**PATRICK CONNELL MCGINNIS**
**MERLIN LAW GROUP**
**515 POST OAK BLVD  SUITE 750**
**HOUSTON TX  77027**
**713- 626-8880**

By  /s/ Gay Lane                          , Deputy
           **GAY LANE**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

EXHIBIT
2 E

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-17-02362

Court No: 160th District Court

Style: BONELL ART HOLDINGS LLC
  vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

Received this Citation the _____ day of_____, 20_____ at_____ o'clock.  Executed at _____, within the County of
_____, State of_____, on the _____ day of _____, 20_____, at _____o'clock, by
delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original
petition, having first indorsed on same the date of delivery.

-----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____, 20_____ at_____ o'clock ___.M.  Executed at _____, within the County of
_____, State of_____, on the _____ day of _____, 20_____, at _____ o'clock _____ .M. by summoning
the within named Corporation, _____ by delivering to _____  _____
_____ President - Vice President - Registered Agent - in person, of the said
_____

a true copy of this citation together with the accompanying copy of Plaintiff's  original petition, having first indorsed on same the date of delivery.
-----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:        To certify which witness by my hand.
For Serving Citation    $_____        Sheriff_____
For Mileage             $_____        County of_____
For Notary              $_____        State of_____
       Total Fees       $_____        By_____

(Must be verified if served outside the State of Texas)
State of_____
County of_____
       Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                    State & County of
_____                         _____

FILED
DALLAS COUNTY
3/24/2017 1:19:17 PM
FELICIA PITRE
DISTRICT CLERK

Marissa Pittman



TEXAS DEPARTMENT OF INSURANCE

**General Counsel Division (113-2A)**
333 Guadalupe, Austin, Texas 78701 ★ PO Box 149104, Austin, Texas 78714-9104
(512) 676-6585 | F: (512) 490-1064 | (800) 578-4677 | TDI.texas.gov | @TexasTDI

March 24, 2017

Patrick Connell McGinnis
Merlin Law Group
515 Post Oak Blvd; STE 750
Houston, Texas 77027

RE: Cause No.: DC-17-02362; styled *Bonell Art Holdings, LLC vs. Mount Vernon Fire Insurance Company and United States Liability Insurance Company;* in the 160th Judicial District Court, Dallas County, Texas

Greetings:

On March 22, 2016, the enclosed documents were received in the office of the Commissioner of Insurance for service of process.  The documents received are being returned to your office for the reasons indicated below.

**Mount Vernon Fire Insurance Company's** mailing address must be noted on the citation. Please refer to Texas Administrative Code, Title 28, Chapter 7, Rule §7.1414.  Enclosed is the company profile.

Refer to Chapter 804 of the Texas Insurance Code for service of process information.

Please do not hesitate to call me if you have questions.

Sincerely,

*Tish Wilhelm*

Tish Wilhelm
General Counsel
tish.wilhelm@tdi.texas.gov
(512) 676-6543

Enclosures

c: Dallas County District Clerk
   *E-filed*

EXHIBIT

2 F

RECEIVED

MAR 2 8 2017
@11:30AM

FILED
DALLAS COUNTY
3/30/2017 2:07:48 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

**FORM NO. 353-4—CITATION**
~~THE STATE OF TEXAS~~

**ESERVE  (COI)**

**CITATION**

| No.: DC-17-02362 |
| --- |

**To:    MOUNT VERNON FIRE INSURANCE COMPANY
BY SERVING THE COMMISSIONER OF INSURANCE
333GUADALUPE
AUSTIN  TEXAS 78701**

BONELL ART HOLDINGS LLC
vs.
MOUNT VERNON FIRE INSURANCE
COMPANY et al

**GREETINGS:**
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
   Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **BONELL ART HOLDINGS LLC**

Filed in said Court 28th day of February, 2017 against

**MOUNT VERNON FIRE INSURANCE COMPANY**

For suit, said suit being numbered   **DC-17-02362**   the nature of which demand is as follows:
Suit On  **INSURANCE** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
  Given under my hand and the Seal of said Court at office **on this the 2nd day of March, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

By  /s/ Gay Lane                          , Deputy
        **GAY LANE**

**ISSUED
ON THIS THE 2ND DAY OF MARCH,
2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

Attorney for : Plaintiff
**PATRICK CONNELL MCGINNIS
MERLIN LAW GROUP
515 POST OAK BLVD  SUITE 750
HOUSTON TX  77027
713- 626-8880**

**DALLAS COUNTY
SERVICE FEES
NOT PAID**



RETURN / AFFIDAVIT
PROOF - ATTACHED



**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Cause No. DC-17-02362

Court No· 160th District Court

Style· BONELL ART HOLDINGS LLC
 vs MOUNT VERNON FIRE INSURANCE COMPANY et al

Received this Citation the _22nd_ day of _March_ , 20_17_ at _11:30_ AM o'clock. Executed at _____ , within the County of _____ , State of_____ , on the _____ day of _____ , 20_____ , at _____ o'clock, by _____ delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____ day of_____ , 20_____ at _____ o'clock ___ M  Executed at _____ , within the County of _____ , State of_____ , on the _____ day of _____ , 20_____ , at _____ o'clock _____ M. by summoning the within named Corporation, _____ by delivering to _____
_____ President - Vice President - Registered Agent - in person, of the said _____

a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery
----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
 Signed and sworn to me by the said_____ before me this_____
day of _____ , 20_____ , to certify which witness my hand and seal of office.

Seal                                    State & County of

_____

## RETURN OF SERVICE

### Cause No. DC-17-02362

In The 160th Judicial District Court of
Dallas County, Texas

BONELL ART
HOLDINGS, LLC
    Plaintiff

V.

MOUNT VERNON FIRE
INSURANCE COMPANY, et al
    Defendant

Came to hand on March 22, 2017, at 11:30 AM.

Executed at 333 Guadalupe St., Austin, TX 78701, within the County of Travis at 2:45 PM on March 22, 2017, by delivering to the within named:

### MOUNT VERNON FIRE INSURANCE COMPANY,

**by delivering to THE TEXAS COMMISSIONER OF INSURANCE by and through designated agent, MICAH MIRELES, true duplicate copies of this Citation together with Plaintiff's Original Petition and Request for Disclosure, having first endorsed upon both copies of such process the date of delivery, and tendering the $50 Statutory Fee.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
    Thomas R. Kroll SCH-3012,
    Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS    §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared  Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this March 22, 2017.

_____
NOTARY PUBLIC, STATE OF TEXAS

17-025535/Bonell Art / Mount Vernon

# FORM NO.  353-3 - CITATION
# THE STATE OF TEXAS

To:   **UNITED SATES LIABILITY INSURANCE COMPANY
BY SERVING ITS REGISTERED AGENT LISA MANN
BINGHAM MANN & HOUSE
4500 YOAKUM BLVD
HOUSTON TX  77006**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with  the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **BONELL ART HOLDINGS LLC**

Filed in said Court  **28th day of February, 2017** against

**MOUNT VERNON FIRE INSURANCE COMPANY AND UNITED SATES LIABILITY
INSURANCE COMPANY**

For Suit, said suit being numbered **DC-17-02362,** the nature of which demand is as follows:
Suit on **INSURANCE** etc. as shown on said petition, **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 2nd day of March, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By /s/ Gay Lane
_____, Deputy
GAY LANE





**DALLAS COUNTY
SERVICE FEES
NOT PAID**

**EXHIBIT
H 2**

### ESERVE

### CITATION

DC-17-02362

**BONELL ART HOLDINGS LLC
vs.
MOUNT VERNON FIRE INSURANCE
COMPANY et al**

ISSUED THIS
**2nd day of March, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
PATRICK CONNELL MCGINNIS
MERLIN LAW GROUP
515 POST OAK BLVD
SUITE 750
HOUSTON TX  77027
713-626-8880

Marissa Pittman

# OFFICER'S RETURN

Case No. : DC-17-02362

Court No.160th District Court

Style: BONELL ART HOLDINGS LLC

vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____.

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____.

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____miles and my fees are as follows:   To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of_____County, _____ |
| For Notary | $_____ | By_____Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____.

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

# AFFIDAVIT OF SERVICE

**Cause No. DC-17-02362**
In The District Court of Dallas County, Texas
160th Judicial District

BONELL ART HOLDINGS, LLC
    *Plaintiff*

VS.

MOUNT VERNON FIRE INSURANCE
COMPANY and UNITED STATES
LIABILITY INSURANCE COMPANY
    *Defendants*

Came to hand on March 23, 2017, at 9:30 a.m.

Executed at 4500 Yoakum Boulevard, Houston, Texas 77006, within the County of Harris at 11:16 a.m. on March 23, 2017, by delivering to the within named:

**UNITED STATES LIABILITY INSURANCE COMPANY, by delivering to Registered Agent, Lisa Mann, a true copy of this Citation with Plaintiff's Original Petition and Request for Disclosure, with the date of delivery endorsed thereon by me and informed said person of the contents therein, in compliance with state statutes.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501 and 501.2 of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____

    David A. Garza
    Republic Services
    4202 Sherwood, Houston, Texas 77092
    713.957.0094
    Texas Server LIC No. SCH-502
    Exp. 7-31-2017

                    DAVID A GARZA
                    Authorized Private Process Server
                    TX SERVER LIC# SCH-502
                    Exp 7-31-2017

## VERIFICATION

STATE OF TEXAS    §
COUNTY OF HARRIS  §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared **David A. Garza**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

    Given under my hand and seal of office on this 3/29/2017 .

                  LOREN N. GONZALES
                  Notary Public, State of Texas
                  Comm. Expires 16-2020
                  Notary ID 12674638

NOTARY PUBLIC, STATE OF TEXAS

FILED
DALLAS COUNTY
4/10/2017 12:17:48 PM
FELICIA PITRE
DISTRICT CLERK
Marissa Pittman

l-cit es



# MERLIN
## LAW GROUP

515 POST OAK BLVD., SUITE 750
HOUSTON, TEXAS 77027

TELEPHONE (713) 626-8880
FACSIMILE  (713) 626-8881

April 10, 2017

***Via E-File***
Dallas County District Clerk
600 Commerce Street, 6th Floor
Dallas, Texas 75202

RE:     Cause No.: DC-17-02362; ***Bonell Art Holdings, LLC vs. Mount Vernon Fire
        Insurance Company and United States Liability Insurance Company***; in the
        160th Judicial District Court, Dallas County, Texas.

Dear Clerk:

    Please accept this letter as a request to re-issue the citation of Mount Vernon Fire
Insurance Company. Pursuant to a letter we received from the Texas Department of
Insurance, the citation needs the address of Mount Vernon Fire Insurance Company, to
comply with the Texas Administrative code, Title 28, Chapter 7, Rule §7.1414.

    The Mount Vernon Company address is, 1190 Devon Park Drive, Wayne, PA
19087-8700.

    Thank you.

                            Sincerely,

                            *Patrick Connell McGinnis*

                            Patrick Connell McGinnis

PCM/jc

EXHIBIT

2 I

T1616680.DOC;1

**THE STATE OF TEXAS**

**To:**   **MOUNT VERNON FIRE INSURANCE COMPANY**
         **BY SERVING THE COMMISSIONER OF INSURANCE**
         **333GUADALUPE**
         **AUSTIN  TEXAS 78701**
         **1190 DEVON PARK DRIVE, WAYNE PA 19087-8700**

**CITATION**

| No.: DC-17-02362 |
|---|

BONELL ART HOLDINGS LLC
vs.
MOUNT VERNON FIRE INSURANCE
COMPANY et al

GREETINGS:
You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with    the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and  petition, a default judgment may be taken against you.
   Your answer should be addressed to the clerk of the **160th District Court**
at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **BONELL ART HOLDINGS LLC**

Filed in said Court 28th day of February, 2017 against

**MOUNT VERNON FIRE INSURANCE COMPANY**

   For suit, said suit being numbered   **DC-17-02362**  the nature of which demand is as follows:
   Suit On  **INSURANCE** etc.
as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
   Given under my hand and the Seal of said Court at office **on this the 11 th day of April, 2017**
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas, County, Texas

**ISSUED**
**ON THIS THE 11TH DAY OF APRIL, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By **GAY LANE**, Deputy

_____

Attorney for : Plaintiff
**PATRICK CONNELL MCGINNIS**
**MERLIN LAW GROUP**
**515 POST OAK BLVD  SUITE 750**
**HOUSTON TX  77027**
**713- 626-8880**



                     /s/ Gay Lane
         By_____, Deputy
                     **GAY LANE**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

| EXHIBIT |
|---|
| 2 J |

**OFFICER'S RETURN
FOR INDIVIDUALS**

Cause No. DC-17-02362

Court No: 160th District Court

Style: BONELL ART HOLDINGS LLC
 vs. MOUNT VERNON FIRE INSURANCE COMPANY et al

Received this Citation the _____day of_____, 20_____at_____o'clock. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____o'clock, by delivering to the within named_____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the _____day of_____, 20_____at_____o'clock ___.M. Executed at _____, within the County of _____, State of_____, on the _____day of _____, 20_____, at _____ o'clock ____ .M. by summoning the within named Corporation, _____ by delivering to _____ _____
        President - Vice President - Registered Agent - in person, of the said
_____
        a true copy of this citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff_____ |
| For Mileage | $_____ | County of_____ |
| For Notary | $_____ | State of_____ |
| Total Fees | $_____ | By_____ |

(Must be verified if served outside the State of Texas)
State of_____
County of_____
        Signed and sworn to me by the said_____before me this_____
day of _____, 20_____, to certify which witness my hand and seal of office.


                        Seal

                                                                State & County of _____
                                                                _____